FILED

2026 Apr-01  PM 03:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TREVION T CLARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:23-cv-00706-ACA-HNJ** |
| | ) | |
| **SHERIFF MICHAEL WADE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION

In July 2025, the magistrate judge entered a report recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 20). The magistrate judge also recommended the court deny Plaintiff Trevion T. Clark's motion to file a second amended complaint (doc. 18) and Mr. Clark's request for the appointment of counsel (doc. 13 at 1–2). Although the magistrate judge advised Mr. Clark of his right to file written objections within fourteen days and granted Mr. Clark extensions to object (doc. 20 at 69; doc. 22; doc. 27), the court has not received any objections.

Mr. Clark's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT**

**PREJUDICE** for failing to state a claim upon which relief can be granted. The court also **DENIES** Mr. Clark's request for the appointment of counsel (doc. 13 at 1–2).

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this April 1, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE